UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
_____ DIVISION

__David Wilen, heirs, Estate of Sarah Wilen__
Plaintiff(s),

v.

__Chesapeake, Norfolk, VA Beach__
Defendant(s).

Civil Action Number: _____

## LOCAL RULE 83.1(M) CERTIFICATION

I declare under penalty of perjury that:

No attorney has prepared, or assisted in the preparation of __CMU Suprz__.
(Title of Document)

__David Wilen__
Name of *Pro Se* Party (Print or Type)

__[signature]__
Signature of *Pro Se* Party

Executed on: __7/24/20__ (Date)

OR

The following attorney(s) prepared or assisted me in preparation of _____.
(Title of Document)

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document

_____
(Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: _____ (Date)

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

_____ Division

*See Attached*
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

*See Attached*
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☑ Yes   ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Estate & heirs of Sarah Wilson
Address: 184 Goodwin Neck Rd
Yorktown, VA 23692
County: York
Telephone Number: 757 603 7165
E-Mail Address: davidregan80@gmail.com

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Chesapeake Police Dept
Job or Title (if known):
Address:
City: Chesapeake, State: VA, Zip Code:
County:
Telephone Number:
E-Mail Address (if known):
[ ] Individual capacity [X] Official capacity

Defendant No. 2
Name: City of Chesapeake
Job or Title (if known):
Address:
City: Chesapeake, State: VA, Zip Code:
County: Chesapeake
Telephone Number:
E-Mail Address (if known):
[ ] Individual capacity [X] Official capacity

Page 2 of 6

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: DAWN WILSON (ESTATE & HEIRS OF SARAH WILSON)
Address: 184 GOOD WIN NELL RD
City: YORKTOWN
State: VA
Zip Code: 23692
County: YORK
Telephone Number: (703) 603-2165
E-Mail Address: dawnregan80@gmail.com

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: CITY OF CHESAPEAKE, VA
Job or Title (if known):
Address:
City: CHESAPEAKE
State: VA
Zip Code:
County:
Telephone Number:
E-Mail Address (if known):

[ ] Individual capacity  [X] Official capacity

Defendant No. 2
Name: CHESAPEAKE POLICE DEPT
Job or Title (if known):
Address:
City: CHESAPEAKE
State: VA
Zip Code:
County: CHESAPEAKE
Telephone Number:
E-Mail Address (if known):

[ ] Individual capacity  [X] Official capacity

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Health physical and mental of whole family declining.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Transparency, release all videos chest & dash cam. 4 million dollars for an entire family's future forever (up channels) loss of children grandchildren friend nephew child sibling, loss of trust and safety. Mental illness.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8/24/20

Signature of Plaintiff

Printed Name of Plaintiff  JAWN WILS

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

|  | City | State | Zip Code |

Telephone Number
E-mail Address

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*Excessive force resulting in death in custody*

### III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

*Wilson & Barkley Chesapeake, VA*

B. What date and approximate time did the events giving rise to your claim(s) occur?

*4:23 pm 7/25/18*

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

*He was madman, many videos and eyewitnesses*

Defendant No. 3
   Name: NORFOLK POLICE DEPT
   Job or Title (if known):
   Address:
      City: NORFOLK    State: VA    Zip Code:
   County: NORFOLK
   Telephone Number:
   E-Mail Address (if known):

   [ ] Individual capacity    [x] Official capacity

Defendant No. 4
   Name: VA BEACH POLICE DEPT
   Job or Title (if known):
   Address:
      City: VA BEACH    State: VA    Zip Code:
   County: VA BEACH
   Telephone Number:
   E-Mail Address (if known):

   [ ] Individual capacity    [x] Official capacity

   FEDERAL ATF NARCOTICS AGENTS

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971),* you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

   [x] Federal officials (a *Bivens* claim)

   [x] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

   2nd ammendment    RIGHT TO BEAR ARMS

   4th ammd'n    UNREASONABLE SEARCH & SEIZURE

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

   VIOLATION 4th ammendment RESULTING IN
   DEATH    EMOTIONAL DISTRESS

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7/24/20

Signature of Plaintiff

Printed Name of Plaintiff   DAWN WILL

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

                                                                            *City*                                        *State*                        *Zip Code*

Telephone Number

E-mail Address

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

MENTAL DISTRESS, MULTIPLE HEALTH & MENTAL HEALTH ISSUES SINCE.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I WANT THE PARTIES RESPONSIBLE FOR THE LIFE/DEATH OF MY DAUGHTER TO BE NAMED PUBLICLY AND ALL VIDEOS OF INCIDENT AND ALL DASH AND CHEST CAMS TO BE RELEASED PUBLICLY. ALL OF THEM. I WANT TRANSPARENCY FROM ALL DEPT'S INVOLVED TO INCLUDE THEIR STATEMENTS RELEASED PUBLICLY. I WANT TO KNOW ALL OF THE DETAILS LEADING UP TO AND THERE AFTER MY DAUGHTERS DEATH. I WANT 4 MILLION DOLLARS FOR THE LOSS OF MY CHILD. MY GRANDCHILDREN, SEEING HER GRADUATE, MARRY, LIVE. HER SIBLINGS LOST THEIR BEST FRIEND, SISTER, TEACHER, HERO. FOR THE LOSS OF SAFETY THAT WE WILL EVER FEEL AGAIN AROUND LAW ENFORCEMENT AND FOR THE PUBLIC

SLANDAROUS REMARKS MADE BY DEFENDANTS AND EMPLOYEES ON VIDEO AND IN MEDIA. FOR THE DECLINING MENTAL HEALTH OF OUR ENTIRE FAMILY AFTER TRUTH AND INFORMATION BEING WITHHELD. FOR THE LOSS OF HULA AND INCOME OF MY DAUGHTER AND LOSS OF OUR HOME, VEHICLE, NORMAL LIFE FOLLOWING HER DEATH. FOR MENTAL ISSUES CREATED BY DEATH CAUSING AURORA (SISTER) P.T.S.D. AND PREVENTING HER FROM BEING ABLE TO MAINTAIN PRESENCE IN PUBLIC SCHOOL OR EVEN LEAVING HER MOTHER FOR FEAR SAME MAY HAPPEN TO HER. FOR NOT ALLOWING FAMILY TO IDENTIFY BODY OR TELLING FAMILY UNTIL 27 HRS APPROX LATER THAT SARAH WAS DEAD EVEN THOUGH THEY HAD DAWN WILSON'S I.D. IN EVIDENCE.

RECEIVED
2020 JUL 24 P 4:59
CLERK US DISTRICT COURT
NORFOLK, VIRGINIA

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

SARAH WAS ACCORDING TO POLICE HANDCUFFED AND LEFT ALONE WITH NO LESS THAN 6 OFFICERS ON SCENE SHE DIED FROM GUNSHOT WOUND.

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

WILSON & BERKLEY AVE CHESAPEAKE, VA

B. What date and approximate time did the events giving rise to your claim(s) occur?

7/25/18 4:23 PM ACCORDING TO POLICE

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

MY DAUGHTER WAS DETAINED AND THEN DIED. MULTIPLE WITNESS VIDEOS AND STATEMENTS. ALSO SARAHS BOYFRIEND WAS A WITNESS.

Defendant No. 3
Name: NORFOLK POLICE DEPT
Job or Title (if known):
Address:
City: NORFOLK  State: VA  Zip Code:
County: NORFOLK
Telephone Number:
E-Mail Address (if known):

[ ] Individual capacity  [X] Official capacity

Defendant No. 4
Name: VA BEACH POLICE DEPT
Job or Title (if known):
Address:
City: VA BEACH  State: VA  Zip Code:
County: VA BEACH
Telephone Number:
E-Mail Address (if known):

[ ] Individual capacity  [X] Official capacity

OCME OFFICE STAFF ON DAY OF AUTOPSY
NORFOLK, VA

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[X] Federal officials (a *Bivens* claim)

[X] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

VIOLATION OF 4th AMENDMENT
EXCESSIVE FORCE RESULTING IN DEATH

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

VIOLATION OF 4th AMENDMENT
EXCESSIVE FORCE / DEATH

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

_____ Division

*SEE ATTACHED*
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

*SEE ATTACHED*
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one) [X] Yes [ ] No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing

(1) __CIVIL SUIT__ , was mailed this (2) __27__ Day of (3) __JULY 2020__, to (4) _____

_____ at (5) _____

_____.

_____
(Your Signature)

### Instructions

    YOU must send a copy of every motion, pleading or document to the defendant(s) or counsel for defendant(s). If you do not send a copy to the defendant(s) or counsel for the defendant(s), the court will not be able to consider your document.

    You must prepare and submit one certificate of service for EACH motion, pleading, or document you wish to have considered by the court.

Complete each blank as directed:

(1) Describe the document you are submitting to the court and sending to the defendant(s). (Remember: you should attach a Certificate of Service to each motion, pleading, or document you wish to have considered by the court.)

(2) Day of the month that you give the document to officials for mailing to the defendant(s) or counsel for the defendants(s).

(3) Month and year.

(4) Name of person(s) to whom you are sending a copy of the document. If you send it directly to the defendant(s), list each defendant to whom you send a copy. If you send it to counsel for the defendant(s), list only the name(s) of counsel.

(5) Address(es) that copy is being mailed to.

NOTE: YOU MUST SIGN THIS FORM. The court will not accept this form without an original signature.